AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:15-mj-25-GWF |
| VIGEN AMIRKHANIAN | ) | |
| *Defendant* | ) | |

RECEIVED
           SAVED ON
COUNSEL/PARTIES OF RECORD

JAN 15 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
                    DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Before the Honorable George Foley, Jr., U.S. Magistrate Judge | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | January 16, 2015 at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Jan 15, 2015

*Judge's signature*

GEORGE FOLEY, JR., U.S. Magistrate Judge

*Printed name and title*